UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

IN RE DECORO USA, LTD.,

    Debtor

| | |
|---|---|
| DECORO USA, LTD., | ) |
|     Appellant, | ) |
| v. | )   Case No. 14-1334 |
| UNITED STATES INTERNAL REVENUE SERVICE, | ) |
|     Appellee. | ) |

## CONSENT MOTION TO EXTEND BRIEFING SCHEDULE

Michael DuFrayne, Liquidating Plan Trustee on behalf of the above captioned debtor/appellant, DeCoro, USA, Ltd. (collectively, the "Debtor"), by and through its undersigned counsel, and with the consent of the appellee, the United States Internal Revenue Service (the "IRS"), hereby moves this Honorable Court for the entry of an order extending the current briefing schedule by 30 days (this "Motion"). In support thereof, the Debtor respectfully shows unto the Court as follows:

    1.    On April 10, 2014, this matter was opened on appeal in the United States Court of Appeals for the Fourth Circuit (the "Court"). *See, Docket Ref. No. 1.*

    2.    On April 22, 2014, the Court entered a briefing order setting forth, among other things, due dates for the appendix, opening brief of appellant, and response brief of appellee (the "Briefing Order"). *See, Docket Ref. No. 9.*

3. Pursuant to the Briefing Order, the Debtor's opening brief and the appendix are presently due on or before June 2, 2014. The response brief of the IRS is presently due on or before July 7, 2014.

4. Recently, the Debtor and the IRS have engaged in settlement discussions with a view towards resolving all outstanding matters between them, including this appeal. The parties are hopeful that continued settlement discussions may prove productive in resolving all such matters.

5. Accordingly, so that the parties may continue their settlement discussions without the deadlines set forth in the Briefing Order looming imminently, the Debtor respectfully requests that the Court extend the dates set forth in the Briefing Order by 30 days.

6. Prior to filing this Motion, the Debtor sought the consent of the IRS for the relief requested herein. The IRS consents to such relief.

WHEREFORE, the Debtor respectfully prays that the Court extends the deadlines set forth in the Briefing Order by 30 days, and grants such other and further relief as the Court deems necessary and proper.

Dated: May 20, 2014                            NEXSEN PRUET, PLLC

                                                 /s/ Christine Myatt
Chrstine Myatt (NC Bar No. 10444)
701 Green Valley Road, Suite 100
Greensboro, NC 27408
Tel: (336) 387-5124
Fax: (336) 387-8923
cmyatt@nexsenpruet.com

-and-

ARCHER & GREINER
A Professional Corporation

Stephen M. Packman (NJ Bar No. 54475)
Douglas G. Leney (NJ Bar No. 07-3423)
One Centennial Square
Haddonfield, NJ 08033
Tel: (856) 795-2121
Fax: (856) 795-0574
spackman@archerlaw.com
*Attorneys for DeCoro USA, Ltd.*

11093380v2

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

IN RE DECORO USA, LTD.,

    Debtor

DECORO USA, LTD., )
    Appellant, )
v. ) Case No. 14-1334
UNITED STATES INTERNAL REVENUE SERVICE, )
    Appellee. )

**CERTIFICATE OF SERVICE**

I, Stephen M. Packman, hereby certify that on May 22, 2014, I caused copies of the Consent Motion to Extend Briefing Schedule to be served by United States First Class Mail, with postage prepaid thereon, on all parties on the attached service list.

Dated: May 22, 2014

By: /s/ Stephen M. Packman
Stephen M. Packman, Esquire
ARCHER & GREINER, PC
One Centennial Square
Haddonfield, NJ 08033
Tel: (856) 795-2121
Fax: (856) 795-0574
E-mail: spackman@archerlaw.com
*Attorneys to Debtor/Appellant*

## SERVICE LIST

Anthony T. Sheehan, Esquire
Tax Division - Appellate Section
U.S. Department of Justice
P.O. Box 502
Washington, DC 20044
Phone: (202) 514-4339
Facsimile: (202) 514-8456
E-Mail: Anthony.T.Sheehan@usdoj.gov
*Attorneys for United States of America*

11103069v1

2