UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

IN RE DECORO USA, LTD.,

       Debtor

| | |
|---|---|
| DECORO USA, LTD.,<br><br>    Appellant,<br><br>v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>    Appellee. | Case No. 14-1334 |

## SECOND CONSENT MOTION TO EXTEND BRIEFING SCHEDULE

Michael DuFrayne, Liquidating Plan Trustee on behalf of the above captioned debtor/appellant, DeCoro, USA, Ltd. (collectively, the "Debtor"), by and through its undersigned counsel, and with the consent of the appellee, the United States Internal Revenue Service (the "IRS"), hereby moves this Honorable Court for the entry of a second order extending the current briefing schedule by 30 days (this "Motion"). In support thereof, the Debtor respectfully shows unto the Court as follows:

    1.    On April 10, 2014, this matter was opened on appeal in the United States Court of Appeals for the Fourth Circuit (the "Court"). *See, Docket Ref. No. 1*.

    2.    On April 22, 2014, the Court entered a briefing order setting forth, among other things, due dates for the appendix, opening brief of appellant, and response brief of appellee (the "Briefing Order"). *See, Docket Ref. No. 9*.

3. Pursuant to the Briefing Order, the Debtor's opening brief and the appendix were originally due on or before June 2, 2014.  The response brief of the IRS was originally due on or before July 7, 2014.

4. On May 23, 2014, the Court granted the parties' request to extend the briefing schedule and deadlines as a result of the Debtor and the IRS engaging in settlement discussions with a view towards resolving all outstanding matters between them, including this appeal (the "First Extension Order"). *See, Docket Ref. No. 13*.  Pursuant to the First Extension Order, the Debtor's opening brief and the appendix are presently due on or before July 2, 2014.  The response brief of the IRS is presently due on or before August 6, 2014.

5. The parties have had and continue to have productive settlement discussions which will hopefully result in the parties resolving all outstanding issues between them.  To that end, the parties believe that an additional adjournment of the briefing schedule and applicable dates and deadlines will allow them to focus their respective efforts on settlement, as well as potentially save resources that would otherwise need to be allocated to preparing the briefs and appendix.

6. Accordingly, so that the parties may continue their settlement discussions without the deadlines set forth in the First Extension Order looming imminently, the Debtor respectfully requests that the Court extend the dates set forth in the First Extension Order by 30 days.

7. Prior to filing this Motion, the Debtor sought the consent of the IRS for the relief requested herein.  The IRS consents to such relief.

WHEREFORE, the Debtor respectfully prays that the Court extends the deadlines set forth in the First Extension Order by 30 days, and grants such other and further relief as the Court deems necessary and proper.

Dated: June 27, 2014                                NEXSEN PRUET, PLLC

  /s/  Christine Myatt           .
Chrstine Myatt (NC Bar No. 10444)
701 Green Valley Road, Suite 100
Greensboro, NC  27408
Tel:  (336) 387-5124
Fax:  (336) 387-8923
cmyatt@nexsenpruet.com

   -and-

ARCHER & GREINER
A Professional Corporation
 /s/ Stephen M. Packman        .
Stephen M. Packman (NJ Bar No. 54475)
Douglas G. Leney (NJ Bar No. 07-3423)
One Centennial Square
Haddonfield, NJ  08033
Tel:  (856) 795-2121
Fax:  (856) 795-0574
spackman@archerlaw.com
*Attorneys for DeCoro USA, Ltd.*

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

IN RE DECORO USA, LTD.,

       Debtor

| | |
|---|---|
| DECORO USA, LTD., ) | |
| ) | |
|     Appellant, ) | |
| ) | |
| v. ) | Case No. 14-1334 |
| ) | |
| UNITED STATES INTERNAL REVENUE ) | |
| SERVICE, ) | |
| ) | |
|     Appellee. ) | |
| ) | |

## **CERTIFICATE OF SERVICE**

     I, Stephen M. Packman, hereby certify that on June 27, 2014, I caused copies of the Second Consent Motion to Extend Briefing Schedule to be served by United States First Class Mail, with postage prepaid thereon, on all parties on the attached service list.

Dated: June 27, 2014

By: /s/ Stephen M. Packman
Stephen M. Packman, Esquire
ARCHER & GREINER, PC
One Centennial Square
Haddonfield, NJ 08033
Tel: (856) 795-2121
Fax: (856) 795-0574
E-mail: spackman@archerlaw.com
*Attorneys to Debtor/Appellant*

## SERVICE LIST

Anthony T. Sheehan, Esquire
Tax Division - Appellate Section
U.S. Department of Justice
P.O. Box 502
Washington, DC 20044
Phone: (202) 514-4339
Facsimile: (202) 514-8456
E-Mail:
Anthony.T.Sheehan@usdoj.gov
*Attorneys for United States of America*